JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA L. FELDMAN, R.N., an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 30, inclusive,<br><br>        Defendants. | Case No: SA CV 06-398-VBF(RNBx)<br><br>(Hon. Valerie Baker Fairbank)<br><br>**JUDGMENT**<br><br><br><br><br><br>Complaint Filed: March 10, 2006 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\temp\notese1ef34\proposed judgment.doc

1  This action came before this Court, the Honorable Valerie Baker Fairbank, District Judge presiding, on March 13, 2008, on a trial on the papers with respect to Plaintiff Linda L. Feldman, R.N.'s ("Plaintiff") claim for breach of contract. Having fully considered the evidence presented, and the decision having been duly rendered on Plaintiff's breach of contract claim in favor of Defendant Metropolitan Life Insurance Company ("MetLife") as set forth in the Court's March 13, 2008 Minute Order, and this Court, having previously granted partial summary judgment in Defendant MetLife's favor on January 23, 2008 with respect to Plaintiff's only other claim, for breach of the duty of good faith and fair dealing,

IT IS ORDERED AND ADJUDICATED that judgment is hereby entered in favor of Defendant MetLife as to all claims in Plaintiff's First Amended Complaint. MetLife shall recover its costs.

DATE: March 20, 2008

_____
Honorable Valerie Baker Fairbank
District Court Judge

**Respectfully Submitted By**:
Royal F. Oakes (080480), roakes@barwol.com
Vivian I. Orlando (213833), vorlando@barwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Attorneys for Defendant
Metropolitan Life Insurance Company